IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

DANIEL J. PAWLOWSKI,

Plaintiff,

v.

U.S. DEPARTMENT OF EDUCATION, BETSY DEVOS/SECRETARY OF U.S. DEPARTMENT OF EDUCATION, NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, and DOES 1-10,

Defendants.

Civil No. 1:18-cv-0626-CMH-JFA

**ORDER OF DISMISSAL WITH PREJUDICE**

THIS DAY CAME the Plaintiff, Daniel Pawlowski, acting *pro se*, and the Defendant, Trans Union LLC, by counsel, and hereby move the Court to dismiss with prejudice all claims only against Defendant Trans Union, LLC in the above-styled action.

UPON CONSIDERATION, of the representations of counsel, the pleadings and for other good cause shown, it be, and hereby is, ORDERED, ADJUDGED and DECREED that the Complaint only against, Trans Union LLC, is DISMISSED with prejudice. This matter continues as to the remaining defendants.

DATED this 22nd day of April 2019.

Claude M. Hilton
United States District Judge

I ASK FOR THIS:

Daniel J. Pawlowski
401 Holland Lane, #316
Alexandria, VA 22315
*Pro Se*

WE ASK FOR THIS:

Michael R. Ward
Virginia Bar Number 41133
Gibson S. Wright
Virginia Bar Number 84632
Attorneys for Trans Union LLC
McCandlish Holton
P.O. Box 796
Richmond, VA 23218
Phone: (804) 775-3100
Fax: (804) 775-3800
mward@lawmh.com
gwright@lawmh.com